NORTON MOORE & ADAMS L.L.P.
William A. Adams, Esq. CSBN. 135035
wadams@nmalawfirm.com
501 West Broadway, Suite 800
San Diego, California 92101
Tel: (619) 233-8200
Fax: (619) 393-0461

Attorney for Defendants

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MARIBEL LEAL, an individual, ISRAEL RODRIGUEZ, an individual, PAUL RODRIGUEZ, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | **Case No. 3:20-CV-0688 GPC RBB** <br><br> **Complaint Filed: April 9, 2020** <br><br> **DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> FRCP Rules 12(b)(1), 12(b)(6), & 12(h)(3); & 28 USC §1367(c) <br><br> Date: Sept. 18, 2020 <br> Time: 1:30 P.M. <br> Courtroom: 2D <br> Judge: Hon. Gonzalo P. Curiel |

**TO ALL PARTIES and THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 18, 2020, at 1:30 P.M. in the Edward J. Schwartz United States Courthouse, 221 West Broadway, Courtroom 2D, San Diego, CA 92101, the Honorable Gonzalo P. Curiel presiding, Defendants MARIBEL LEAL, ISRAEL RODRIGUEZ, and PAUL RODRIGUEZ (hereinafter, "Defendants") will and hereby do move this Court for issuance of an Order dismissing the Complaint of Plaintiff JAMES RUTHERFORD ("Plaintiff") in the above-captioned lawsuit.

Defendants' motion is based on the following grounds:

1. State law claims predominate Plaintiff's Complaint,
2. There are novel and complex issues of state law, and
3. There are compelling reasons to decline supplemental jurisdiction under 28 U.S.C. §1367(c).

Defendants' motion to dismiss will be and is based upon this notice of motion and motion, Defendants' memorandum of points and authorities (filed concurrently), any Declarations or exhibits filed herewith, and the parties' subsequent briefing, declarations, evidence, and any additional argument and evidence which this Court chooses to entertain at the time of hearing on this motion.

Date: July 31, 2020              **NORTON MOORE & ADAMS LLP**

                                         By: /s/William Adams_____
                                         William A. Adams
                                         Attorney for Defendants

NORTON MOORE & ADAMS LLP
501 West Broadway, Suite 800
San Diego, California 92101
Ph: (619) 233-8200
wadams@nmalawfirm.com