# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARIBEL LEAL, an individual, ISRAEL RODRIGUEZ, an individual, PAUL RODRIGUEZ, an individual; and DOES 1-10, inclusive<br><br>Defendants. | CASE NO. 3:20-CV-0688 GPC RBB<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Before the Court is Defendants' Motion to Dismiss. ECF No. 10. Accordingly, any response must be filed by August 28, 2020. Any reply must be filed by September 4, 2020. A hearing on this matter is scheduled for September 18, 2020.

IT SO ORDERED.

Dated: August 6, 2020

Hon. Gonzalo P. Curiel
United States District Judge

1

CASE NO. 3:20-CV-688-GPC-RBB