NORTON MOORE & ADAMS L.L.P.
William A. Adams, Esq. CSBN. 135035
wadams@nmalawfirm.com
501 West Broadway, Suite 800
San Diego, California 92101
Tel: (619) 233-8200
Fax: (619) 393-0461

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MARIBEL LEAL, an individual, ISRAEL RODRIGUEZ, an individual, PAUL RODRIGUEZ, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | **Case No. 3:20-CV-0688 GPC RBB** <br><br> **Complaint Filed: April 9, 2020** <br><br> **DEFENDANTS' OBJECTION TO PLAINTIFF'S LATE-FILED OPPOSITION TO MOTION TO DISMISS** <br><br> Date: Sept. 18, 2020 <br> Time: 1:30 P.M. <br> Courtroom: 2D <br> Judge: Hon. Gonzalo P. Curiel |

**1**
Defendants' Objection to Plaintiff's Late-filed Opposition
**(3:20-CV-0688 GPC RBB)**

**DEFENDANTS MARIBEL LEAL, PAUL RODRIGUEZ, AND ISRAEL RODRIGUEZ OBJECT TO PLAINTIFF JAMES RUTHERFORD'S LATE-FILED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**, on the following grounds (without limitation):

1. Plaintiff filed his Opposition to Defendants' Motion to Dismiss on September 4, 2020 - - one full week after the August 28, 2020 deadline prescribed by the Court Order Setting Briefing Schedule [Doc. 11] for filing a Response in Opposition.

2. Plaintiff has filed his Opposition brief without applying for relief or permission to file late;

3. Plaintiff fails even to provide an excuse or reason for filing late but appears just to assume he could do so by right.

4. Plaintiff's late filing is untenable and should be rejected. Defendant must not be placed in the position of needing to expend resources simply to file a "backup brief" lest the Court overlook Plaintiff's transgression.

For the foregoing reasons, Defendant respectfully requests that the Court reject Plaintiff's late filed Opposition.

Date: September 8, 2020         **NORTON MOORE & ADAMS LLP**

                By: /s/William Adams_____
                William A. Adams
                Attorney for Defendants

**2**
Defendants' Objection to Late-Filed Opposition
**(3:20-CV-0688 GPC RBB)**